IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| v. | 00-cr-118-bbc |
| CAROL D. ARMSTRONG, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Carol Armstrong has filed a notice of appeal of the court's August 20, 2015 order denying her motion under 18 U.S.C. § 3582 and the court's September 28, 2015, order denying her motion for reconsideration.

Defendant's notice of appeal was not accompanied by the $505 fee for filing an appeal. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22. Therefore, I construe it as including a request for leave to proceed in forma pauperis on appeal under 28 U.S.C. § 1915. According to 28 U.S.C. § 1915(a)(3), "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000), the Court of Appeals for the Seventh Circuit ruled that an

1

appeal is not taken in "good faith" if it is based on a "frivolous claim" that is, "a claim that no reasonable person could suppose to have any merit." Id. at 1026. Defendant's claim is not "fantastical," as were the claims in Lee, in which the allegation was that the United States and China were engaged in a conspiracy to invade and infect certain people with a mind reading device. I cannot say that petitioner's appeal is of that type or that it is wholly without merit. However, it is a claim so clearly foreclosed by the governing law that no reasonable person would suppose it has merit.

ORDER

IT IS ORDERED that defendant Carol D. Armstrong's request for leave to proceed in forma pauperis on appeal is DENIED.

Entered this 21st day of October, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2